UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-5736 SI (pr) |
| VERNON C. BROWN, JR., | **ORDER OF DISMISSAL WITH LEAVE TO AMEND** |
| Plaintiff. | |

Plaintiff, an inmate at the California State Prison - Sacramento, filed a *pro se* civil rights complaint and applied to proceed *in forma pauperis*. The complaint and application are now before the court for review.

A federal court must engage in a preliminary screening of any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a). In its review the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. *See id.* at § 1915A(b). *Pro se* pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated and (2) that the violation was committed by a person acting under the color of state law. *See West v. Atkins*, 487 U.S. 42, 48 (1988).

1	The complaint is dismissed with leave to amend because it fails to state a claim upon which relief may be granted. In the portion of the form complaint where the plaintiff is directed to write the name of the litigants, plaintiff wrote, "No parties in the case" and "N/A. That is all." Docket # 1 at 2. In the portion of the form complaint where the plaintiff is directed to provide a statement of his claim, plaintiff wrote, "that is all that is on the case that is all..." *Id.* at 3 (ellipses in source). Plaintiff's failure to identify the defendants, the facts of his claim(s) or his legal theory makes his complaint deficient.

Leave to amend is granted so that plaintiff may file an amended complaint. In his amended complaint, plaintiff must identify the defendants he wishes to sue, and allege what each proposed defendant did or failed to do that caused a violation of his constitutional rights. Plaintiff must file his amended complaint no later than **April 25, 2014**, and must include the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page. Failure to file the amended complaint by the deadline will result in the dismissal of the action.

Plaintiff's *in forma pauperis* application is incomplete because he did not provide any of the information requested by the form and did not attach to his application a certified copy of his inmate trust account for the last six months. Plaintiff must file a completed and signed *in forma pauperis* application with a certified copy of his inmate trust account for the last six months no later than **April 25, 2014**. Failure to file the materials or to pay the filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: March 21, 2014

_____
SUSAN ILLSTON
United States District Judge

2