UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON C. BROWN, JR., | No. C 13-5736 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TIM-A-VARGA; et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, an inmate at the California State Prison - Sacramento, filed a *pro se* civil rights complaint and applied to proceed *in forma pauperis*. The complaint was dismissed with leave to amend because it failed to state a claim upon which relief may be granted, as plaintiff had failed to identify the defendants, the facts or his legal theory. Plaintiff then filed a first amended complaint. The first amended complaint is now before the court for review under 28 U.S.C. § 1915A.

The first amended complaint provides this statement of plaintiff's claim: "All of grievances and procedures was all granted." Docket # 8 at 3 (errors in source). There is no federal constitutional right to a prison administrative appeal or grievance system for California inmates. *See Ramirez v. Galaza*, 334 F.3d 850, 860 (9th Cir. 2003); *Mann v. Adams*, 855 F.2d 639, 640 (9th Cir. 1988); *Antonelli v. Sheahan*, 81 F.3d 1422, 1430 (7th Cir. 1996) (prison grievance procedure is procedural right that does not give rise to protected liberty interest requiring procedural protections of Due Process Clause); *Smith v. Noonan*, 992 F.2d 987, 989

1  (9th Cir. 1993). Prison officials are not liable for a due process violation for simply failing to
2  process an appeal properly, denying an inmate appeal or granting an inmate appeal. The first
3  amended complaint must be dismissed because it fails to state a claim upon which relief may be
4  granted. Further leave to amend will not be granted because it would be futile; the court already
5  explained in its order of dismissal with leave to amend what the plaintiff needed to allege to state
6  a claim and he did not do it.

7  Plaintiff's "motion and request for the court to issue its order directing respondent to
8  supply additional state court documents" is DENIED. (Docket # 3.)   The motion appears to be
9  a form for use in a habeas corpus action, which this is not. The document does not appear to
10 have any connection to the general subject of this action (i.e., a granted inmate appeal) and this
11 action is being dismissed.

12 Plaintiff also filed a group of forms that have nothing to do with the general subject
13 matter of this action and are designed for use in other agencies. Plaintiff bundled together a
14 "request to inspect public records" for use in the CDCR, a "notice and demand for trial - CA
15 Penal Code 1381" for use with a local district attorney, and an "application for IRS individual
16 taxpayer identification number" for use with the Internal Revenue Service. Plaintiff's requests
17 are DENIED because they do not appear to have any connection to the subject matter of this
18 action and this action is being dismissed. (Docket # 4.)

19 This action is DISMISSED for failure to state a claim upon which relief may be granted.
20 The clerk shall close the file.

21 IT IS SO ORDERED.

22 Dated: May 12, 2014

_____
SUSAN ILLSTON
United States District Judge