1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8  In Re.                                    No. C 13-5736 SI (pr)
9  VERNON C. BROWN, JR.,                     **JUDGMENT**
10         Plaintiff.
11  _____/
12
13       This action is dismissed for failure to state a claim upon which relief may be granted.
14
15       IT IS SO ORDERED AND ADJUDGED.
16
17  DATED: May 12, 2014                   _____
                                          SUSAN ILLSTON
18                                        United States District Judge